| | |
|---|---|
| **FITAPELLI & SCHAFFER, LLP** | **RAYMOND NARDO P.C.** |
| 28 Liberty Street, 30th Floor | 129 Third Street |
| New York, New York 10005 | Mineola, NY 11501 |
| Telephone: (212) 300-0375 | Telephone: (516) 248-2121 |

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

**TZU-HSIANG TUNG, and all others similarly situated,**

          **Plaintiff,**

-against-

**BANZAI STEAKHOUSE INC., KARL SHAO, as an individual,**

          **Defendants.**

No: 1:22-cv-05750

### NOTICE OF PLAINTIFF'S MOTION
### FOR PRELIMINARY CERTIFICATION PURSUANT TO THE FAIR LABOR STANDARDS ACT, FOR COURT-AUTHORIZED NOTICE TO SIMILARLY SITUATED PERSONS, AND FOR EXPEDITED DISCOVERY

PLEASE TAKE NOTICE that Plaintiff Tzu-Hsiang Tung, will move this Court, at such time and date to be determined by the Court, for an Order granting conditional class certification, court-authorized notice, and expedited discovery, pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b), as well as such other and further relief as the Court deems just and proper.

Dated: New York, New York
       October 20, 2022

                                  /s/ Frank J. Mazzaferro

                                Frank J. Mazzaferro

                              **FITAPELLI & SCHAFFER, LLP**
                              Frank J. Mazzaferro
                              28 Liberty Street, 30th Floor
                              New York, NY 10005
                              Telephone: (212) 300-0375

                              **RAYMOND NARDO P.C.**
                              Raymond Nardo

129 Third Street
Mineola, NY 11501
Telephone: (516) 248-2121
*Attorneys for Plaintiff and the Putative Class*