UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TZU-HSIANG TUNG, AND ALL OTHERS
SIMILARLY SITUATED,

                          Plaintiffs,

      -against-

BANZAI STEAKHOUSE INC., KARL SHAO, AS
AN INDIVIDUAL,

                       Defendants.

Docket No.: 22-CV-5750

---

## DECLARATION OF SAMEER NATH IN OPPOSITION TO PLAINTIFF'S MOTION FOR CONDITIONAL CLASS CERTIFICATION

Sameer Nath, an attorney duly admitted to practice in the State of New York, declares, under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.    I am an associate of the law firm, of Sim & DePaola, LLP, the attorneys for Defendants, Banzai Steakhouse, Inc., and Karl Shao and am familiar with the facts, as stated below, based upon my review of the docket entries for the above-captioned civil action, the files maintained by my office and my conversations with Defendants.

2.    I submit this Declaration in Opposition to Plaintiff's instant motion for conditional class certification.

3.    A true and accurate copy of Plaintiff's time sheets is annexed hereto as Exhibit 1.

4.    A true and accurate copy of Xiao He's time sheets is annexed hereto as Exhibit 2.

5.    A true and accurate copy of Wong Fong Tau's (a.k.a. "Jenny") time sheets is annexed hereto as Exhibit 3.

6.    A true and accurate copy of Fei Peng's time sheets is annexed hereto as Exhibit 4.

7.    I declare under penalty of perjury that the foregoing is true and correct.

Dated: Bayside, New York
       December 1, 2022

# SIM & DEPAOLA, LLP

*Attorneys-at-Law*
42-40 Bell Boulevard – Suite 405
Bayside, New York 11361
(718) 281-0400


 */s/Sameer Nath*_____
Sameer Nath, Esq.
Email: snath@simdepaola.com
*Attorneys for Defendants*