IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **TZU-HSIANG TUNG, and all others similarly situated,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**BANZAI STEAKHOUSE INC., KARL SHAO, as an individual,**<br><br>**Defendants.** | No: 1:22-cv-05750 |

### DECLARATION OF KATHERINE BONILLA IN SUPPORT OF JOINT MOTION TO APPROVE FLSA SETTLEMENT

I, Katherine Bonilla, affirm under the penalties of perjury as follows:

1. I am an Associate at Fitapelli & Schaffer, LLP ("Counsel" or "F&S") in New York, New York, counsel of record for Plaintiff in this matter. F&S is a well-respected and nationally recognized employment litigation firm based in New York City that represents plaintiffs in a variety of employment matters, including individual and class action litigation involving wage and hour, discrimination, and harassment claims, as well as contract and severance negotiations.

2. I am one of the lawyers primarily responsible for prosecuting Plaintiff's claims.

3. I submit this Declaration to place before the Court certain facts and documents in support of the Joint Motion to Approve the FLSA Settlement in this case.

4. F&S has significant experience prosecuting wage and hour cases, such as this one, and has obtained settlements in excess of $100 million for workers. F&S has been appointed as class and collective counsel in many Federal cases. *See, e.g.*, *Imbarrato v. Banta Management Services, Inc.*, No. 18 Civ. 05422, ECF. No 114 (S.D.N.Y. Oct. 10, 2024); *Mangahas v. Eight Oranges Inc.*, No. 22-CV-4150 (LJL), 2024 WL 2801922 (S.D.N.Y. May 31, 2024); *Smith v. Akela Contracting LLC*,

1

No. 22 Civ. 01186, ECF No. 104 (July 12, 2023); *Lanning v. Wells Fargo Bank, N.A.*, No. 20 Civ. 2055, ECF No. 55 (S.D.N.Y. Nov. 24, 2021); *Mangahas v. Eight Oranges Inc. et al*, No. 22 Civ. 4150 (LJL), ECF. No. 43 (S.D.N.Y. October 18, 2022)*; Spiciarich v. The Gorman Group, LLC*, No. 20 Civ. 646, ECF. No. 31 (N.D.N.Y. Apr. 15, 2021); *Bruno v. Wells Fargo Bank N.A.*, No. 19 Civ. 587 (RJC), 2021 WL 964938 (W.D. Pa. Mar. 15, 2021); *Hernandez v. Lochend Energy Services*, No. 20 Civ. 00064, ECF No. 44 (D.N.D. March 5, 2021); *Bruton v. Pioneer Natural Resources Company*, No. 20 Civ. 00203, ECF No. 20 (W.D. Tex. Jan. 27, 2021); *Kirby v. FIC Restaurants, Inc.*, No. 19 Civ. 1306 (FJS/ML), 2020 WL 3501398 (N.D.N.Y. Jun. 29, 2020); *Lu v. OD Inspections*, No. 20 Civ. 02063, ECF No. 24 (S.D. Tex. Dec. 24, 2020); *LeJeune v. Mammoth Energy Services, Inc.,* No. 19 Civ. 00286, ECF No. 102 (W.D. Tex. July 31, 2020); *Millin v. Brooklyn Born Chocolate*, No. 19 Civ. 3346, 2020 WL 2198125 (E.D.N.Y. May 6, 2020); *Warren v. MBI Energy Services, Inc.*, No. 19 Civ. 00800, ECF No. 33 (D. Colo. Feb. 25, 2020); *Carr v. Patriot Well Solutions, LLC*, No. 5:19 Civ. 00212, ECF No. 62 (W.D. Tex. Feb. 11, 2020); *Murillo v. Berry Bros. General Contractors, Inc.*, No. 6:18-cv-1434, 2019 WL 4640010 (W.D. La. Sept. 23, 2019); *Borecki v. Raymours Furniture Company, Inc.*, No. 17 Civ. 01188, ECF No. 98 (Sept. 10, 2019); *Black v. P.F. Chang's China Bistro, Inc.*, No. 16 Civ. 03958, ECF No. 95 (N.D. Ill. Nov. 16, 2018); *Schaefer v. M&T Bank Corporation*, No. 14 Civ. 06622, ECF No. 90 (S.D.N.Y. Nov. 1, 2018); *De Jesus et al. v. Incinia Contracting, Inc.*, No. 17 Civ. 5733 (KHP), 2018 WL 3343236 (S.D.N.Y. June 22, 2018); *Suarez v. Rosa Mexicano Brands Inc.*, No. 16 Civ. 5464 (GWG), 2018 WL 1801319, (S.D.N.Y. April 13, 2018); *Zorrilla v. Carlson Rests., Inc.*, No. 14 Civ. 2740 (AT), 2018 WL 1737139 (April 9, 2018); *Alverson v. BL Restaurant Operations LLC*, No. 16 Civ. 00849 (OLG) (RBF), 2017 WL 5491998 (W.D.T.X. Nov. 11, 2017); *Sanchez v. Bentzys Construction, Inc.*, No. 16 Civ. 07072 (E.D.N.Y. Sept. 19, 2017); *Melito v. American Eagle Outfitters, Inc.*, No. 14 Civ. 2440 (VEC), 2017

WL 3995619 (S.D.N.Y. September 11, 2017); *Hotaranu v. Star Nissan Inc.*, No. 16 Civ. 5320 (KAM)(RML), 2017 WL 1390808 (E.D.N.Y. April 12, 2017); *Crosby et al. v. Lasership, Inc.*, No. 15 Civ. 08694 (GWG), ECF No. 171 (S.D.N.Y. June 30, 2017); *Almonte v. Marina Ice Cream Corp.*, No. 16 Civ. 00660 (GBD), 2016 WL 7217258 (S.D.N.Y. Dec. 8, 2016); *Illoldi v. Koi NY LLC*, No. 1:15 Civ. 06838 (VEC), 2016 WL 5900218 (S.D.N.Y. Oct. 7, 2016); *Hadel v. Gaucho*, No. 15 Civ. 3706 (RLE), 2016 WL 3647600 (S.D.N.Y. June 30, 2016); *Chhab v. Darden Restaurants Inc.*, No. 11 Civ. 08345 (NRB), 2016 WL 3004511 (S.D.N.Y. May 20, 2016); *Karic v. The Major Automotive Companies, Inc.*, No. 09 Civ. 5708 (CLP), 2016 WL 1745037 (S.D.N.Y. April 27, 2016); *Gonqueh v. Leros Point to Point, Inc.*, 14 Civ. 5883 (GHW), 2016 WL 791295 (S.D.N.Y. Feb. 26, 2016); *Bravo v. Palm W. Corp.*, No. 14 Civ. 9193 (SN), 2015 WL 5826715 (S.D.N.Y. Sept. 30, 2015); *Long v. HSBC USA Inc.*, No. 14 Civ. 6233 (HBP), 2015 WL 5444651 (S.D.N.Y. Sept. 11, 2015); *Carpenter v. Paige Hospitality Group, LLC*, No. 13 Civ. 4009 (GBD), 2015 U.S. Dist. LEXIS 82771 (S.D.N.Y. June 2, 2015); *Hamadou v. Hess Corporation*, No. 12 Civ. 250 (JLC), 2015 WL 3824230 (S.D.N.Y. June 18, 2015); *Espinoza v. Wanrong Trading Corp.*, No. 13 Civ. 1727 (FB), ECF No. 33 (E.D.N.Y. December 23, 2014); *Flynn v. N.Y. Dolls Gentlemen's Club*, No. 13 Civ. 6530 (PKC)(RLE), 2014 WL 4980380 (S.D.N.Y. Apr. 28, 2015); *Flores v. One Hanover, LLC*, No. 13 Civ. 5184 (AJP), ECF No. 40 (S.D.N.Y. June 9, 2014); *Simsek v. New York State Catholic Health Plan, Inc.*, No. 11 Civ. 5393 (FB)(JMA), 2014 U.S. Dist. LEXIS 22979 (E.D.N.Y. Feb. 14, 2014); *Diombera v. The Riese Organization, Inc.*, No. 12 Civ. 8477 (RJS)(HP), ECF No. 73 (S.D.N.Y. Oct. 21, 2013); *Sukhnandan v. Royal Health Care of Long Island LLC*, No. 12 Civ. 4216 (WHP)(RLE), 2013 WL 4734818 (S.D.N.Y. Sept. 3, 2013); *Yuzary v. HSBC Bank USA, N.A.*, No. 12 Civ. 3693 (PGG), 2013 WL 5492998 (S.D.N.Y. Oct. 2, 2013); *Tiro v. Pub. House Investments, LLC*, No. 11 Civ. 7679 (CM), 2013 WL 4830949 (S.D.N.Y. Sept. 10, 2013); *Chang v. BD Stanhope, LLC*, No. 10 Civ.

8577 (TPG), ECF No. 48 (S.D.N.Y. Nov. 15, 2012); *Girault v. Supersol 661 Amsterdam, LLC*, No. 11 Civ. 6835 (PAE), 2012 WL 4748101 (S.D.N.Y. Oct. 4, 2012); *Lovaglio v. W & E Hospitality Inc.*, No. 10 Civ. 7351 (LLS), 2012 WL 2775019 (S.D.N.Y. July 6, 2012); *Matheson v. The Glazier Group, Inc.*, No. 09 Civ. 4212 (DAB), 2011 WL 6268216 (S.D.N.Y. Dec. 13, 2011); *O'Dell. v. AMF Bowling Centers, Inc.*, No. 09 Civ. 759 (DLC), 2009 WL 6583142 (S.D.N.Y. Sept. 18, 2009).

5. I have been employed at F&S since November 2021 to present. I graduated from John Jay College of Criminal Justice in 2015, and The Benjamin N. Cardozo School of Law in 2019. I am licensed to practice law in the State of New York and am admitted in the Southern District Court of New York. Prior to joining F&S, I also practiced employment law at another New York based firm. During my time at F&S, I have exclusively represented plaintiffs in employment litigation, focusing in wage and hour class/collective actions – and have successfully litigated and resolved cases.

**6.** Raymond Nardo graduated from New York University School of Law in 1990. He was admitted to the New York State Bar in February 1991 and was subsequently admitted in the Eastern District of New York, Southern District of New York, Second Circuit Court of Appeals, and United States Supreme Court. Prior to becoming a solo practitioner, concentrating in Labor & Employment Law, Mr. Nardo worked at a law firm exclusively dedicated to Labor & Employment Law. Majority of Mr. Nardo's practice is devoted to Labor and Employment Law and he has filed several FLSA actions in the Eastern and Southern Districts of New York.

## **LITIGATION HOURS, COSTS AND EXPENSES**

7. F&S ordinarily and regularly bills legal time on an hourly fee basis by the tenth of an hour, based upon each attorney's standard hourly rate. Currently, F&S' hourly rates range from $600

per partner hour, $200 to $450 per associate's hour, $150 per paralegal's hour, and $100 to $125 per administrative assistant's hour.

8. Since November 2014, all of F&S' cases have been taken on pure contingency, including all out-of-pocket costs and expenses. Thus, when F&S' lawyers spend time on contingency matters, they do so at a significant risk for the firm. F&S frequently turns away cases, including hourly matters. As of November 13, 2014, the date of the last hourly matter undertook by the firm, the partner rates for Mr. Schaffer and Mr. Fitapelli were billed to clients at $500 per hour.

9. After finalizing the agreements, I spoke with Plaintiff on the telephone and discussed the Agreement. I also discussed with Plaintiff the attorneys' fees and costs being requesting. I made myself available to answer any questions Plaintiff had prior to their execution of the agreements.

10. Below are charts summarizing the specific attorneys, their hourly rates, and their total time worked on this matter.

| FITAPELLI & SCHAFFER, LLP | | | |
|---|---|---|---|
| **INDIVIDUAL, POSITION** | **HOURLY RATE** | **TOTAL HOURS** | **FEES** |
| Katherine Bonilla, Associate | $200 | 73.2 | $14,640 |
| Raymond Nardo, Partner | $500 | 7.2 | $3,600 |
| **Total** | | | **$18,240** |

11. Counsel's revised lodestar is a total of $18,240.

12. The Law Office of Raymond Nardo has incurred the following out-of-pocket litigation costs in pursing this matter, which were incidental and necessary to the representation of Plaintiff.

| FITAPELLI & SCHAFFER LLP | |
|---|---|
| S.D.N.Y. Filing Fee | $402.00 |

5

| Process Server Costs | $125.00 |
|---|---|
| **TOTAL** | **$527.00** |

13. Attached hereto as **Exhibit A** is a true and correct copy of the Settlement Agreement.

14. Attached hereto as **Exhibit B** is F&S's federal qualifications where it was appointed as class and collective counsel.

15. Attached hereto as **Exhibit C** is a true and correct copy of F&S's attorney billing records.

16. Attached hereto as **Exhibit D** is a true and correct copy of Raymond Nardo's Declaration, and the Law Office of Raymond Nardo's attorney billing records, and expense summary report.

Dated: New York, New York
May 30, 2025

        By:  /s/ Katherine Bonilla
           Katherine Bonilla

           **FITAPELLI & SCHAFFER, LLP**
           Brian S. Schaffer
           Frank J. Mazzaferro
           Katherine Bonilla
           28 Liberty Street, 30th Floor
           New York, NY 10005
           Telephone: (212) 300-0375

           *Attorneys for Plaintiff*