IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TZU-HSIANG TUNG, and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>BANZAI STEAKHOUSE INC., KARL SHAO, as an individual,<br><br>Defendants. | No: 1:22-cv-05750<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Tzu-Hsiang Tung and Defendants Banzai Steakhouse Inc. and Karl Shao (together "Defendants"), by and through their undersigned counsel of record, stipulate that Plaintiff voluntarily dismisses this action with prejudice as to Defendants. The Court shall retain jurisdiction as to enforcement of the settlement agreement.

Dated: New York, New York

       September 25, 2025

1

| | |
|---|---|
| FITAPELLI & SCHAFFER, LLP | SIM & ASSOCIATES PLLC |
| By: /s/ Katherine Bonilla<br>Brian S. Schaffer<br>Frank J. Mazzaferro<br>Katherine Bonilla<br>28 Liberty Street<br>New York, NY 10005<br>212-300-0375 | By: _____<br>Sameer Nath<br>Sang Joon Sim<br>Yuting Zang<br>42-40 Bell Boulevard – Suite 405<br>Bayside, New York 11361<br>718-281-0400 |

So Ordered:

_____

Hon. Kenneth M. Karas, U.S.D.J.

9/29/25

2